Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

JOSHUA B. BLUMAN                              **JUDGMENT IN A CIVIL CASE**
                                              CASE NUMBER: 15-CV-627G
      v.

CAROLYN W. COLVIN

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that Plaintiff's Motion for Judgment on the Pleadings is Granted; that the Commissioner's Motion for Judgment on the Pleadings is Denied and that the matter is Remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).


Date: October 11, 2016            MARY C. LOEWENGUTH
                                  CLERK OF COURT


                                  By: s/Suzanne Grunzweig
                                      Deputy Clerk